# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GCE INTERNATIONAL, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HIGH POINT DESIGN, LLC, )<br>)<br>Defendant. )<br>_____ )<br>)<br>HIGH POINT DESIGN, LLC, )<br>)<br>Counterclaim Plaintiff, )<br>)<br>v. )<br>)<br>GCE INTERNATIONAL, INC., and )<br>CVS HEALTH CORPORATION, )<br>)<br>Counterclaim Defendants. )<br>_____ ) | Case No. 1:20-cv-00696 (GBD)<br><br>ECF CASE<br><br>**[PROPOSED] ORDER GRANTING AGREED STIPULATION TO AMEND PARTY NAME AND CASE CAPTION AND EXTEND TIME TO ANSWER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 20 2020

Before the Court is Counterclaim Defendant CVS Health Corporation's and Defendant/Counterclaim Plaintiff High Point Design, LLC's ("High Point") Agreed Stipulation to Amend Party Name and Case Caption and Extend Time to Answer with respect to CVS Pharmacy, Inc. ("Stipulation"). Good cause appearing in view of the parties' agreement, it is hereby ordered that CVS Pharmacy, Inc. be substituted for CVS Health Corporation in High Point's Counterclaim Complaint (ECF No. 28), and that the deadline for CVS Pharmacy, Inc. to respond to High Point's Counterclaim Complaint (ECF No. 28) be extended seven (7) days to and including July 24, 2020.

Dated: **JUL 2 0 2020**

*George B. Daniels*

Hon. George B. Daniels

United States District Judge