UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
GCE INTERNATIONAL, INC.,

                Plaintiff.

      -against-

HIGH POINT DESIGN, LLC,

               Defendant.

------------------------------------- x

ORDER

20 Civ. 696 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The September 29, 2020 oral argument is adjourned to November 24, 2020 at 10:30 a.m.

Dated: New York, New York
       September 2, 2020

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE