UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

GCE INTERNATIONAL, INC.,

                            Plaintiff,

        -against-

HIGH POINT DESIGN LLC,

                            Defendant.

------------------------------------- x

ORDER

20 Civ. 696 (GBD)

GEORGE B. DANIELS, United States District Judge:

For the reasons stated on the record during today's oral argument, Plaintiff/Counterclaim Defendant GCE International, Inc. and Third-Party Defendant CVS Health Corporation's ("CVS Health") motion to sever and stay the claim against CVS Health, (ECF No. 44), is DENIED without prejudice.

The Clerk of Court is directed to close the motions at ECF No. 44 accordingly.

Dated: New York, New York
           December 8, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge